SLF Invoice sorted by Date

| Date Billed On | Billed By | Description | Actual Time | Actual Charge | Rate | Time Claimed | Amount Claimed | % Reduction | Category |
|---|---|---|---|---|---|---|---|---|---|
| 3/17/2020 | Rebecca Matlock | Preparation and drafting of Application to Confirm Arbitration Award | 0.7 | $133.00 | $190.00 | 0.7 | $133.00 | 0% | Case Initiation |
| 3/17/2020 | Steve Rauls | Editing and revision of application to confirm arbitration award; draft civil cover sheet and prepare exhibits | 0.5 | $112.50 | $225.00 | 0.5 | $112.50 | 0% | Case Initiation |
| 3/18/2020 | Josh Sanford | Conference with RM: briefing, next steps | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | In-House Conference |
| 3/19/2020 | Josh Sanford | Examination of transmittal to clerk | 0.1 | $32.50 | $325.00 | 0 | $0.00 | 100% | Case Management |
| 3/19/2020 | Josh Sanford | Discussion of case status and directing case strategy to Attorney SR/CL | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | In-House Conference |
| 3/20/2020 | Josh Sanford | Examination of filed motion | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Case Management |
| 3/20/2020 | Josh Sanford | Examination of clerk's notice | 0.1 | $32.50 | $325.00 | 0 | $0.00 | 100% | Case Management |
| 3/20/2020 | Josh Sanford | Examination of judge assignment | 0.1 | $32.50 | $325.00 | 0 | $0.00 | 100% | Case Management |
| 3/20/2020 | Josh Sanford | Work on Client's file: new case filing/complaint | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Case Management |
| 3/20/2020 | Josh Sanford | Receive, read and prepare response to email(s) from CL: case management | 0.1 | $32.50 | $325.00 | 0 | $0.00 | 100% | Case Management |
| 3/20/2020 | Steve Rauls | Receive, read and prepare response to email(s) from CL regarding docketing application to confirm arbitration award | 0.1 | $22.50 | $225.00 | 0 | $0.00 | 100% | In-House Conference |
| 3/22/2020 | Josh Sanford | Examination of Clerk's notice | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Case Management |
| 3/26/2020 | Josh Sanford | Editing and revision of summons | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Case Initiation |
| 3/26/2020 | Josh Sanford | Conference with TF: service of case | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Case Management |
| 3/28/2020 | Josh Sanford | Editing and revision of summonses | 0.1 | $32.50 | $325.00 | 0 | $0.00 | 100% | Case Initiation |
| 3/30/2020 | Josh Sanford | Examination of issued summons | 0.1 | $32.50 | $325.00 | 0 | $0.00 | 100% | Case Management |
| 3/30/2020 | Josh Sanford | Examination of request for issuance of summons | 0.1 | $32.50 | $325.00 | 0 | $0.00 | 100% | Case Management |
| 3/30/2020 | Josh Sanford | Examination of IOM: service of lawsuit | 0.1 | $32.50 | $325.00 | 0 | $0.00 | 100% | In-House Conference |
| 4/6/2020 | Steve Rauls | Receive, read and prepare response to email(s) from staff regarding proof of service; file proof of service on corporate defendants | 0.3 | $67.50 | $225.00 | 0.3 | $67.50 | 0% | Case Management |
| 4/6/2020 | Staff | Receipt and review of Proof of Service; save in file; calendar Def's Answer; email SR | 0.1 | $6.00 | $60.00 | 0 | $0.00 | 100% | Case Management |
| 4/7/2020 | Josh Sanford | Examination of filed returns | 0.1 | $32.50 | $325.00 | 0 | $0.00 | 100% | Case Management |
| 4/17/2020 | Josh Sanford | Receive, read and prepare response to email(s) from OC: consent judgment | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Consent Judgment |
| 4/17/2020 | Josh Sanford | Examination of OC email; review file | 0.2 | $65.00 | $325.00 | 0.2 | $65.00 | 0% | Opposing Counsel Communications |
| 4/20/2020 | Josh Sanford | Receive, read and prepare response to email(s) from OC | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |
| 4/20/2020 | Josh Sanford | Receive, read and prepare response to email(s) from OC- settlement | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |
| 4/21/2020 | Josh Sanford | Examination of OC email | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |
| 4/22/2020 | Josh Sanford | Examination of text order | 0.1 | $32.50 | $325.00 | 0 | $0.00 | 100% | Case Management |
| 4/22/2020 | Josh Sanford | Examination of email to chambers from OC | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Court Communications |
| 4/23/2020 | Staff | Receipt and review of Def's Order of Extension; save in file; update deadline | 0.1 | $6.00 | $60.00 | 0.1 | $6.00 | 0% | Case Management |
| 5/8/2020 | Josh Sanford | Examination of OC's proposed consent judgment | 0.2 | $65.00 | $325.00 | 0.2 | $65.00 | 0% | Consent Judgment |
| 5/8/2020 | Josh Sanford | Examination of OC: email | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |

SLF Invoice sorted by Date

| Date Billed On | Billed By | Description | Actual Time | Actual Charge | Rate | Time Claimed | Amount Claimed | % Reduction | Category |
|---|---|---|---|---|---|---|---|---|---|
| 5/15/2020 | Steve Rauls | ████████ | 0.2 | $45.00 | $225.00 | 0.2 | $45.00 | 0% | Client Communications |
| 5/15/2020 | Josh Sanford | Examination of email to OC re: consent judgment | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Consent Judgment |
| 5/15/2020 | Steve Rauls | Examination of Def.'s proposed consent judgment; research governor's proclamation cited in Def.'s draft and email opposing counsel regarding proposed changes | 1.2 | $270.00 | $225.00 | 1.2 | $270.00 | 0% | Consent Judgment |
| 5/15/2020 | Josh Sanford | Conference with SR: terms of settlement | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | In-House Conference |
| 5/18/2020 | Josh Sanford | Examination of OC email | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |
| 5/22/2020 | Josh Sanford | Examination of response-filed | 0.2 | $65.00 | $325.00 | 0.2 | $65.00 | 0% | Case Management |
| 5/22/2020 | Steve Rauls | Editing and revision of Def.'s proposed consent judgment; email to JS for review | 0.8 | $180.00 | $225.00 | 0.8 | $180.00 | 0% | Consent Judgment |
| 5/22/2020 | Josh Sanford | Receive, read and prepare response to email(s) from SR: offer from OC | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |
| 5/22/2020 | Josh Sanford | Receive, read and prepare response to email(s) from OC | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |
| 5/26/2020 | Josh Sanford | Examination of Intra-office memo regarding case events and deadlines | 0.1 | $32.50 | $325.00 | 0 | $0.00 | 100% | Case Management |
| 5/26/2020 | Josh Sanford | Discussion of case status and directing case strategy to Attorney SR | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | In-House Conference |
| 5/26/2020 | Steve Rauls | Conference with JS regarding collections efforts and Def.'s proposed consent order | 0.1 | $22.50 | $225.00 | 0.1 | $22.50 | 0% | In-House Conference |
| 5/26/2020 | Josh Sanford | Receive, read and prepare response to email(s) from OC- extension | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |
| 5/28/2020 | Josh Sanford | Examination of OC email | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |
| 6/3/2020 | Josh Sanford | Examination of OC email | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |
| 6/3/2020 | Josh Sanford | Receive, read and prepare response to email(s) from OC | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |
| 6/4/2020 | Josh Sanford | Examination of OC emails | 0.2 | $65.00 | $325.00 | 0.2 | $65.00 | 0% | Opposing Counsel Communications |
| 6/9/2020 | Josh Sanford | Examination of text only order | 0.1 | $32.50 | $325.00 | 0 | $0.00 | 100% | Case Management |
| 6/9/2020 | Josh Sanford | Examination of filed- motion for extension | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Case Management |
| 6/9/2020 | Josh Sanford | Receive, read and prepare response to email(s) from OC | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |
| 6/9/2020 | Josh Sanford | Receive, read and prepare response to email(s) from OC; review filings | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |
| 6/15/2020 | Josh Sanford | Examination of OC email | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |
| 6/22/2020 | Josh Sanford | Receive, read and prepare response to email(s) from OC - offer | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |
| 6/23/2020 | Josh Sanford | Examination of OC email | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |
| 6/23/2020 | Steve Rauls | Receipt and review of emails from opposing counsel regarding payment of judgment | 0.1 | $22.50 | $225.00 | 0.1 | $22.50 | 0% | Opposing Counsel Communications |
| 6/24/2020 | Josh Sanford | Receive, read and prepare response to email(s) from OC: payment | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |
| 7/8/2020 | Josh Sanford | Examination of Intra-office memo regarding case events and deadlines | 0.1 | $32.50 | $325.00 | 0 | $0.00 | 100% | Case Management |

SLF Invoice sorted by Date

| Date Billed On | Billed By | Description | Actual Time | Actual Charge | Rate | Time Claimed | Amount Claimed | % Reduction | Category |
|---|---|---|---|---|---|---|---|---|---|
| 7/8/2020 | Josh Sanford | Examination of Judgment | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Case Management |
| 7/8/2020 | Josh Sanford | Examination of Opinion and Order | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Case Management |
| 7/8/2020 | Staff | Work on Client's file: process ECF - Judgment | 0.1 | $6.00 | $60.00 | 0 | $0.00 | 100% | Case Management |
| 7/8/2020 | Staff | Work on Client's file: process ECF - Order and Opinion Granting Motion to Confirm Arbitration Award | 0.1 | $6.00 | $60.00 | 0 | $0.00 | 100% | Case Management |
| 7/8/2020 | Josh Sanford | Receive, read and prepare response to email(s) from Chambers | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Court Communications |
| 7/8/2020 | Josh Sanford | Conference with RM re Fee Petition | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Fee Petition |
| 7/8/2020 | Rebecca Matlock | Receive, read and prepare response to email(s) from JS and SR about drafting a fee petition | 0.1 | $19.00 | $190.00 | 0 | $0.00 | 100% | Fee Petition |
| 7/8/2020 | Josh Sanford | Preparation and drafting of IOM re next steps | 0.1 | $32.50 | $325.00 | 0 | $0.00 | 100% | In-House Conference |
| 7/9/2020 | Josh Sanford | Examination of emails with Chambers from OC | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Court Communications |
| 7/9/2020 | Rebecca Matlock | Preparation and drafting of Fee Petition | 1 | $190.00 | $190.00 | 1 | $190.00 | 0% | Fee Petition |
| 7/9/2020 | Josh Sanford | Conference with SG re Fee Petition | 0.1 | $32.50 | $325.00 | 0 | $0.00 | 100% | In-House Conference |
| 7/10/2020 | Josh Sanford | Receive, read and prepare response to email(s) from OC re payment plan | 0.1 | $32.50 | $325.00 | 0.1 | $32.50 | 0% | Opposing Counsel Communications |
| 7/13/2020 | Rebecca Matlock | Telephone Conference(s) with TF about drafting the Fee Petition | 0.1 | $19.00 | $190.00 | 0.1 | $19.00 | 0% | In-House Conference |
| 7/14/2020 | Rebecca Matlock | Preparation and drafting of Fee Petition | 1.1 | $ 209.00 | $190.00 | 1.1 | $ 209.00 | 0% | Fee Petition |
| 7/15/2020 | Rebecca Matlock | Preparation and drafting of Fee Petition | 1.6 | $ 304.00 | $ 190.00 | 1.6 | $ 304.00 | 0% | Fee Petition |
| 7/16/2020 | Rebecca Matlock | Preparation and drafting of Fee Petition | 1.2 | $ 228.00 | $ 190.00 | 1.2 | $ 228.00 | 0% | Fee Petition |
| | | | 15.4 | $3,786.00 | | 13.4 | $3,239.00 | 13% | **Total Fees** |