Hill-Smith v. Silver Dollar Cabaret, Inc., et al. Costs

| Date | Amount | Description |
|---|---|---|
| 3/20/2020 | $ 400.00 | Filing Fee |
| 4/9/2020 | $ 285.00 | Service Fee to APS |
| Total: | $ 685.00 | |